# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **OSMAN JALLOW**, | ) |
| **Petitioner**, | ) ) ) |
| v. | ) Case No.: **4:15-cv-00999-AKK-SGC** |
| **SCOTT HASSELL, Chief Warden, et al.**, | ) ) ) |
| **Respondents**. | |

## MEMORANDUM OPINION

This is a petition for a writ of habeas corpus filed by Osman Jallow ("Petitioner") pursuant to 28 U.S.C. §2241, challenging his detention pending removal under the Immigration and Nationality Act. Doc. 1. On January 11, 2016, Respondents filed a motion to dismiss the petition as moot. Doc. 7. In the motion, Respondents note that Petitioner was removed from the United States on January 5, 2016. *Id.* at 1; *see* Doc. 7-1. Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

**[signature on following page]**

**DONE** the 13th day of January, 2016.

                                            _____
                                              **ABDUL K. KALLON**
                                      UNITED STATES DISTRICT JUDGE